**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

TIMOTHY FONTAINE,

        Plaintiff,

 v.                                                                    No. 3:13 - CV - 1261 (CSH)

METRO-NORTH COMMUTER
RAILROAD COMPANY,                                                 MARCH 19, 2014

        Defendant.

**ORDER OF TRANSFER**

In the interest of justice, and pursuant to Federal Rule 42(a) of Civil Procedure, the above identified case is hereby respectfully transferred to the Honorable Janet Bond Arterton to be consolidated with  the lead case of *Sorensen v. Metro-North Commuter Railroad Company*,   No. 03:13-cv-749 (JBA). All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven, Connecticut, and bear the docket number of the *Sorensen* case (No. 03:13 - cv - 749 (JBA)).

Dated at New Haven, Connecticut this 19th   day of March, 2014.

It is SO ORDERED.

        */s/Charles S. Haight, Jr.*
        Charles S. Haight, Jr.
        Senior United States District Judge